Case 2:17-cv-02637-JMA-AYS   Document 23   Filed 05/21/18   Page 1 of 1 PageID #: 154

FILED
CLERK
5/21/2018 4:28 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Robert J. Paulson and Bernard Roth, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Stoneleigh Recovery Associates, LLC and Bureaus Investment Group Portfolio No. 15, LLC,

        Defendant.

Docket No: 2:17-cv-02637-JMA-AYS

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: May 21, 2018

**MESSER STRICKLER, LTD.**
By: _____
Nicole Strickler, Esq.
225 W. Washington Street
Chicago, Illinois 60606
Tel: (312)334-3442
*Attorneys for Defendant*
nstrickler@messerstrickler.com

**BARSHAY SANDERS, PLLC**
By: _____
David M. Barshay, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 112277
*Attorneys for Plaintiff*

Case closed.
SO ORDERED.
/s/ JMA, USDJ
5/21/2018